CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

CRAIG S. NOLAN
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
E-Mail:      Craig.Nolan@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 21-00036 DKW |
| | ) | |
| Plaintiff, | ) | UNITED STATES' SENTENCING |
| vs. | ) | STATEMENT; CERTIFICATE OF |
| | ) | SERVICE |
| JOCELYN GODOY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

UNITED STATES' SENTENCING STATEMENT

The United States has no objections or corrections to the Draft Presentence

Report in the above-captioned matter.

      DATED:    July 26, 2023, at Honolulu, Hawaii.

CLARE E. CONNORS
United States Attorney
District of Hawaii

By */s/ Craig S. Nolan*
    CRAIG S. NOLAN
    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the methods of service noted

below, a true and correct copy of the foregoing was served on the following at their

last known addresses:

**Served Electronically through EM/ECF:**

Victor J. Bakke                            vbakke@bakkelawfirm.com
Defense Counsel for Defendant
JOCELYN GODOY

**Served Via Email:**

Anna Hatchett                             anna_hatchett@hip.uscourts.gov
U.S. Probation Officer
District of Hawaii

DATED:   June 26, 2023, at Honolulu, Hawaii.


                                    */s/Desirai Dawson-Tolbert*
                                    U.S. Attorney's Office
                                    District of Hawaii