# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 21-00036 DKW |
| CASE NAME: | USA v. (1) Jocelyn Godoy |
| ATTYS FOR PLA: | Craig S. Nolan |
| ATTYS FOR DEFT: | Victor J. Bakke |
| USPO: | Anna Hatchett |

| | | | |
|---|---|---|---|
| JUDGE: | Derrick K. Watson | REPORTER: | Gloria Bediamol |
| DATE: | 8/30/2023 | TIME: | 9:00 - 9:45 |

COURT ACTION:  EP: Sentencing to Count 1 of the Indictment as to Defendant Jocelyn Godoy held.

Defendant Jocelyn Godoy present, not in custody.

Defendant Jocelyn Godoy plead guilty to Count 1 of the Indictment on 5/17/2023, with a Plea Agreement.

For reasons as stated on the record, Court denies Defendant's oral request to apply the proposed version of the U.S.S.G. that goes into effect on November 1, 2023 or continue sentencing until after November 1, 2023.  Parties have reviewed the revised Presentence Report and it is placed in the record.  Court adopts the factual findings of the revised Presentence Report.

The Memorandum of Plea Agreement has been accepted by the Court.

Court grants Government's request for a one-level acceptance of responsibility adjustment pursuant to 3E1.1(b).

The Order of Forfeiture filed on 5/17/2023 shall be made a part of the Final Judgment.

Allocution by the Defendant Jocelyn Godoy.

[47] Govt's. Sealed Motion re Sentencing - Granted.

There are no objections to the sentencing guidelines. Court findings made as to the applicable sentencing guidelines. Court notes the aggravating and mitigating factors related to Defendant Jocelyn Godoy's Sentencing.

Recommendations by Counsel as to proposed sentence heard. Court's proposed sentence stated. No legal objections to the proposed sentence. Court imposes sentence.

SENTENCE:

Imprisonment: 60 Days.

Supervised Release: 2 Years.

Fine: None.

Restitution: None.

Special Assessment: $100.00.

CONDITIONS:

You must abide by the mandatory and standard conditions of supervision, including the following conditions:

> Since you do not have a recent history of substance abuse and the offense is not drug-related, it is recommended that the Court waive the mandatory drug test condition: You must submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision. (mandatory condition)
>
> You must cooperate in the collection of DNA as directed by the probation officer. (mandatory condition)
>
> You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you are released, unless the probation officer instructs you to report to a different probation office or within a different time frame. (standard condition)

You must abide by the following special conditions:

1. You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the US Attorney's Office.

2. You must submit your person, property, house, residence, vehicle, papers, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this

condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

Defendant Jocelyn Godoy advised of her right to appeal within 14 days of entry of judgment.

Judicial Recommendation:
1.  Defendant to be placed at the Federal Detention Center, Honolulu (1st choice to be near family) or at a facility located in Seattle (2nd choice); and
2.  Defendant to receive Vocational and Educational Training.

Government's oral motion to dismiss Counts 2 and 3 of the Indictment as to Defendant Jocelyn Godoy is GRANTED

Mittimus stayed until 10/11/2023.

Without objections by the Govt., Court finds that there are exceptional reasons to justify the Defendant Jocelyn Godoy to remain out on bail with the same conditions to apply until her self surrender at the facility designated by BOP before 2:00 p.m. on 10/11/2023.

Submitted by: Tammy Kimura, Courtroom Manager